Exhibit B

## LICENSE AGREEMENT

THIS LICENCE AGREEMENT (this "**Agreement**") is entered as of February ___, 2012 by and among CLUB 2047, LLC ("**Licensee**"), JAL NAY, INC. ("**Jal Nay**"), and LAS ISLAS MARIAS, INC. ("**Licensor**").

### RECITALS

WHEREAS, Licensee owns and operates a restaurant and bar (the "**Restaurant Business**") located at 2047 N. Milwaukee Ave., Chicago, Cook County, Illinois (the "**Property**") in the first floor and basement level of the Property (the "**Premises**").

WHEREAS, Jal Nay has entered into a Management Agreement with Licensee dated February ___, 2012 (the "**Management Agreement**") which provides that Jal Nay shall be the manager of the Restaurant Business.

WHEREAS, Jal Nay has entered into a lease for a portion of the Premises dated February ___, 2012 (the "**Lease**").

WHEREAS, LIM is the owner of the registered trademark and restaurant service mark "Las Islas Marias", USPTO Registration # 3079625 (April 11, 2006) (the "**Service Mark**").

WHEREAS, Jal Nay shall manage the Restaurant Business under the Service Mark pursuant to the Management Agreement.

WHEREAS, Licensor wishes to license to Licensee, and Licensee wishes to license from Licensor, the Service Mark pursuant to the terms of this Agreement.

NOW, THEREFORE, in consideration of the forgoing recitals, which are hereby incorporated herein, of the mutual promises and covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. Grant of License: Subject to the terms of this Agreement, Licensor hereby grants to Licensee, and Licensee hereby accepts from Licensor, a non-exclusive, royalty-free license to use the Service Mark in connection with Jal Nay's management of the Restaurant Business ("the "**License**"). As part of the License, Licensor hereby expressly authorizes Licensee to use the assumed name "Las Islas Marias" in connection with the Restaurant Business, including without limitation to file applications with the City of Chicago Department of Business Affairs & Consumer Protection and the Secretary of State of Illinois Department of Business Services for purposes of adopting the assumed name "Las Islas Marias".

2. Termination of License. In the event of any termination, for any reason, of a certain Management Agreement between JAL NAY, INC. and CLUB 2047, LLC dated February ___, 2012 (the "**Management Agreement**") or of a certain Lease between JAL NAY, INC. and FIRM REAL ESTATE GROUP, LLC dated February ___, 2012 (the "**Lease**"), then the License and this Agreement shall immediately terminate on the date of termination of the Management Agreement or the Lease.

1

3. <u>Representations & Warranties</u>: Licensor hereby represents and warrants that it is the sole owner of the Service Mark and that the Service Mark, or any use thereof by Licensee, shall not violate any law and shall not infringe upon or violate any rights of any person or entity, including without limitation any contractual rights or copyrights.

4. <u>Indemnity</u>: Licensor hereby agrees to indemnify, protect, defend and hold harmless Licensee and its affiliated companies, members, officers, directors, employees and agents against any and all claims, actions, damages, judgments, demands, suits, losses or liabilities of any nature, costs and expenses, including, without limitation, reasonable attorneys' fees and court costs ("**Claims**"), arising from or in connection with (i) any alleged or actual breach by Licensor of any provision of this Agreement, or (ii) any alleged or actual violation of any rights, including without limitation contractual rights or intellectual property rights, of any third party concerning the use of the Service Mark by Licensee pursuant to this Agreement or otherwise.

5. <u>Severability</u>: Nothing contained herein shall require the commission of any act or the payment of any compensation which is contrary to any law. If there shall exist any conflict between this Agreement and any applicable law, the latter shall prevail; and the provision or provisions hereof affected shall be curtailed, limited or eliminated to the extent (but only to the extent) necessary to remove such conflict; and as so modified, this Agreement shall continue in full force and effect.

6. <u>Relationship</u>: This Agreement does not constitute a joint venture or partnership of any kind between the parties.

7. <u>Attorney's Fees</u>: If either party commences any legal action to interpret or enforce the terms of this Agreement, the prevailing party in any such action shall be entitled to recover any and all costs of such action, including, without limitation, reasonable attorneys' fees and those costs incurred at the trial and appellate levels and in any bankruptcy, reorganization, insolvency or similar proceeding.

8. <u>Governing Law</u>: This Agreement shall be construed in accordance with the laws of the State of Illinois applicable to agreements which are executed and fully performed within the State of Illinois. The parties hereby consent to the personal jurisdiction of the state courts sitting in Cook County, Illinois and further agree that any cause of action instituted to enforce the terms, provisions and validity of this Agreement must be filed in a court of competent jurisdiction with situs located in the City of Chicago, Cook County, Illinois.

9. <u>Remedies</u>: All remedies accorded herein or otherwise available to any party hereto shall be cumulative and no one such remedy shall be exclusive of any other. Except as may be limited in this Agreement and without waiving any rights or remedies under this Agreement or otherwise: (i) any party hereto may from time to time seek to recover by action any damages arising out of any breach of this Agreement by any other party hereto, and may institute and maintain subsequent actions for additional damages which may arise from the same other breaches; (ii) the commencement or maintaining or any action or actions by any party hereto shall not constitute or result in the terminations hereof unless such party shall expressly so elect by written notice to the other party; and (iii) the pursuit of any remedy under this

Agreement or otherwise shall not be deemed to waive any other or different remedy which may be available under this Agreement or otherwise, either at law or in equity, including without limitation, injunctive relief.

10. <u>Notices</u>. All notices required or permitted under this Agreement shall be in writing and shall be deemed duly given (i) the next business day, if sent by recognized overnight courier service (i.e. FedEx or UPS); or (ii) in three business days if sent by certified mail, return receipt requested, postage prepaid, in each case addressed to the parties as follows:

| | |
|---|---|
| If to Licensee: | CLUB 2047, LLC<br>ATTN: Norma Martinez<br>1106 W. Lawrence Ave.<br>Chicago, IL 60640 |
| If to Licensor: | Las Islas Marias, Inc.<br>ATTN: Pablo Ramirez<br>8833 Gleneagles Lane<br>Darien, IL 60561 |
| If to Jal Nay: | Jal Nay, Inc.<br>ATTN: Irma Jara<br>2047 N. Milwaukee Ave.<br>Chicago, IL 60647 |

11. <u>Amendments</u>: This Agreement may be amended or modified only by the written agreement of Licensor and Licensee.

12. <u>Waiver</u>: A waiver by either party of any term or condition of this Agreement in any instance shall not be deemed or construed to be a waiver of such term or condition for the future or any subsequent breach thereof.

13. <u>Interpretation</u>. The provisions of this Agreement shall not be construed more strictly against one party than the other merely by virtue of the fact that it was initially drafted by counsel to one of the parties, it being acknowledged that each party was advised by independent counsel with an opportunity to review and comment upon each provision thereof.

14. <u>Captions</u>: The captions used in connection with the paragraphs and subparagraphs of this Agreement are inserted only for purpose of reference. Such captions shall not be deemed to govern, limit, modify or in any other manner affect the scope, meaning or intent of the provisions hereof; nor shall such captions otherwise be given any legal effect.

15. <u>Execution</u>: This Agreement may be executed in one or more counterparts, each of which shall be deemed an original.

[Signature page follows]

IN WITNESS WHEREOF, the parties hereto have duly executed this License Agreement as of the date first written above.

**LICENSOR:**
LAS ISLAS MARIAS, INC.

_____
By: Pablo Ramirez
Title: President

**LICENSEE:**
CLUB 2047, LLC

_____
By: Norma Martinez
Title: Manager

JAY NAL, INC.

_____
By: Irma Jara
Title: President

4